UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PHI HEALTH, LLC, <br><br> *Petitioner*, <br><br> v. <br><br> SUNSHINE MILLS, INC.; PHOENIX ADMISTRATORS LLC DBA PERFORMANCE HEALTH; AND XYZ CORP, <br><br> *Respondents*. | CIVIL ACTION NO. <br> 2:24-cv-00631-SMD |

### JOINT NOTICE OF SETTLEMENT

COMES NOW PHI Health, LLC, Sunshine Mills, Inc. and Phoenix Administrators, LLC dba Performance Health, advising the Court that this matter has been resolved. We will file a joint motion to dismiss upon the finalization of the settlement documents.

Respectfully submitted this the 3rd day of February 2025.

/s/ **Thomas C. Tankersley**

Attorney for PHI Health, LLC
tctank@tctankpc.com

OF COUNSEL:
THOMAS C. TANKERSLEY, P.C..
200 South Lawrence Street
Post Office Box 11386
Montgomery, Alabama 36111-0386
TELEPHONE (334)819-7890
Email: tctank@tctankpc.com

Scarlett Collings
Texas Bar No. 240001906
S.D.TX Admissions No. 22750
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 653-7891
Facsimile: (713) 654-6666
Email: scollings@susmangodfrey.com

*Counsel for Plaintiff, PHI Health, LLC*

                                                                    Brett Ialacci (ASB-7679-E671)
                                                                    bialacci@badhambuck.com
                                                                    Christopher B. Driver (ASB-9178-G39B)
                                                                    cdriver@badhambuck.com
                                                                    BADHAM & BUCK, LLC
                                                                    2001 Park Place North, Ste. 500
                                                                    Birmingham, Alabama 35203
                                                                    (205) 521-0036 (Telephone)
                                                                    (205) 521-0037 (Facsimile)